

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00358-CR

Cristian **YEPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRN001641-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time is granted. We ORDER appellant to file his brief on or before March 19, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court